NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SOURCE SEARCH TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

v.

**KAYAK SOFTWARE CORPORATION,**
*Defendant-Appellee*

2016-1928

Appeal from the United States District Court for the District of New Jersey in No. 1:11-cv-03388-NLH-KMW, Judge Noel Lawrence Hillman.

**ON MOTION**

**O R D E R**

Source Search Technologies, LLC moves for an extension of time to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the briefing schedule is stayed pending the court's consideration of the pending motion to stay the appeal.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court

s24